IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00488-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN MANUEL PAREDES-VACA,
a/k/a Juan Manuel Paredes-Baca,

    Defendant.

---

**ORDER SETTING TRIAL DATE**

---

    This matter is before the Court upon a review of the file. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **December 29, 2006** and responses to these motions shall be filed by **January 8, 2007**. It is

    FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **Friday, February 2, 2007 at 2:00 p.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

    FURTHER ORDERED that a two-day jury trial is set for **February 12, 2007 at 1:30 p.m.**

    DATED:  December 15, 2006    BY THE COURT:

                                                  *s/ Phillip S. Figa*

                                                _____
                                                Phillip S. Figa
                                                United States District Judge