IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00488-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN MANUEL PAREDES-VACA,
a/k/a Juan Manuel Paredes-Baca,

    Defendant.

---

### ORDER TO VACATE TRIAL DATES AND SET
### CHANGE OF PLEA HEARING

---

In response to the Notice of Disposition (Dkt. # 18) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for February 2, 2007 and the two-day jury trial set to commence on February 12, 2007 are VACATED.

IT IS FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than January 26, 2007 to set this matter for a Change of Plea Hearing.

DATED:  January 18, 2007

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            Phillip S. Figa
                                            United States District Judge