IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00488-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN MANUEL PAREDES-VACA,
a/k/a Juan Manuel Paredes-Baca,

    Defendant.

## ORDER SETTING CHANGE OF PLEA HEARING

Pursuant to a telephone conference between defense counsel and Chambers, and in response to the Notice of Disposition (Dkt. # 18), a Change of Plea hearing is set for **Wednesday, February 21, 2007 at 9:00 a.m.**  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers and to the Probation Department no later than **noon on February 16, 2007**.  If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.  The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

    DATED:  January 26, 2007

                                                      BY THE COURT:

                                                      *s/ Phillip S. Figa*
                                                      _____
                                                      Phillip S. Figa
                                                      United States District Judge